UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: THE MATTER OF SPECIALTY MARINE SERVICES, INC., AS OWNER OF THE M/V RAZORBACK AND CREOLE CHIEF, INC., AS OPERATOR OF THE M/V RAZORBACK, PRAYING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. 13-6379<br>SECTION F<br>JUDGE FELDMAN<br>MAGISTRATE JUDGE KNOWLES |

**NOTICE TO CLAIMANTS OF**
**COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is hereby given that Petitioners, Specialty Marine Services, Inc. as owner of the M/V RAZORBACK and Creole Chief, Inc. as operator the M/V RAZORBACK, have filed a Petition, pursuant to 46 U.S.C. §§ 30501, *et seq.*, for exoneration from or limitation of liability for all claims for any and all loss of life, injury, loss of property, destruction, or damage arising out of the barge transfer between the M/V DARI LYNN and the M/V RAZORBACK on May 9, 2013, all as is more fully described in Petitioners' Petition For Exoneration From or Limitation of Liability ("Petition").

All persons having such claims must file their respective claims, as provided in Rule F of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, and must serve a copy thereof on counsel for Petitioners, Jefferson R. Tillery and Katherine L. Winters, of the firm of Jones Walker LLP, 201 St. Charles Avenue, New Orleans, Louisiana, 70170-5100 on or before the 30th day of December 2013, or be defaulted.

{N2717646.1}

If any claimant desires to contest either the right to exoneration from or the right to limitation of liability, that claimant shall file and serve on counsel for the Petitioners an answer to the Complaint on or before the aforesaid date unless the claim has included an answer, so designated, or be defaulted.

Personal attendance is not required.

New Orleans, Louisiana, this 14th day of November, 2013.

Julie Harrison

Deputy CLERK OF COURT

PETITIONER TO PUBLISH:

Once a week for four successive weeks prior to the date fixed for filing of claims in The Times Picayune newspaper, New Orleans, Louisiana.